MINUTE ENTRY
MILAZZO, J.
August 5, 2020

JS-10:01:10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)            )        MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION          )
                                       )        SECTION: "H" (5)
                                       )
**This document relates to all cases** )

## MINUTE ENTRY

On August 5, 2020, the Court held a show cause hearing. Participants appeared by video and telephone.

Court Reporter:     Alexis Vice

Law Clerk:          Samantha Schott

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit A, titled "Non-Compliance Dismissal List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Non-Compliance Declarations List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Non-Compliance Statement List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 19-cv-14790    Maude Smith
- 19-cv-13923    Lisa Susman
- 19-cv-14192    Jeanette Dalfrey
- 19-cv-14378    Yolande Haughton

- 19-cv-14394    Anita Poverud
- 20-cv-00030    Lisa Kelzer
- 20-cv-00027    Michelle Litterio
- 17-cv-17024    Daisy Doucet

_____

August 5, 2020
Non Compliance Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Bogner | Lisa | 2:18-cv-13378 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 7/17/2020 | 10805 |
| 2 | Chingman | Karen | 2:19-cv-13931 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Baron & Budd | 7/29/2020 | 10871 |
| 3 | Mcauliffe | Debra | 2:19-cv-13922 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Baron & Budd | 7/27/2020 | 10852 |
| 4 | Thomas | Tudie | 2:19-cv-14290 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 12/11/2019 | 8692 |

August 5, 2020
Non Compliance Declarations List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Date | Docket No |
|---|---|---|---|---|---|---|---|---|
| 1 | Blood | Lucie | 2:19-cv-14257 | No Signed/Verified PFS | Both sanofi and 505 | Fears | Nachawati | 7/13/2020 | 10775 |
| 2 | Brinkman | Dena | 2:19-cv-14260 | No Signed/Verified PFS | Both sanofi and 505 | Fears | Nachawati | 7/13/2020 | 10776 |
| 3 | Curley | Michelle | 2:19-cv-14305 | No Signed/Verified PFS | Both sanofi and 505 | Fears | Nachawati | 7/13/2020 | 10777 |
| 4 | Dunbar | Brenda | 2:18-cv-04840 | No PTO 71A | sanofi | Morris Bart, LLC | 7/23/2020 | 10844 |
| 5 | Hickey | Lilette | 2:20-cv-00420 | No Signed/Verified PFS | Both sanofi and 505 | Excolo Law PLLC | 8/3/2020 | 10886 |
| 6 | Jimerson | Cynthia | 2:19-cv-13927 | PFS Not Substantially Complete; No Authorizations; | sanofi | Baron & Budd | 7/27/2020 | 10850 |
| 7 | Massey | Jennifer | 2:19-cv-13469 | PFS Not Substantially Complete; No CMO 12A | Bachus & Schanker, LLC | sanofi | 8/4/2020 | 10891 |
| 8 | Moore | Diane | 2:20-cv-00121 | No Signed/Verified PFS | Both sanofi and 505 | Domnick Cunningham & Whalen | 7/22/2020 | 10828 |
| 9 | Richardson | Mae | 2:19-cv-13933 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | sanofi | Baron & Budd | 7/27/2020 | 10851 |
| 10 | Rogers | Dianne | 2:19-cv-14361 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 7/22/2020 | 10825 |
| 11 | Sider | Shellie | 2:18-cv-07149 | PFS Not Substantially Complete; No PTO 71A | sanofi | TorHoerman Law LLC | 7/30/2020 | 10875 |

August 5, 2020

Non Compliance Statement List

EXHIBIT C

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Anderson | Minson | 2:18-cv-13452 | PFS Not Substantially Complete | sanofi | Fears \| Nachawati | 7/29/2020 | 10865 |
| 2 | Barnes | Cynthia | 2:19-cv-13580 | PFS Not Substantially Complete; No Authorizations | sanofi | Johnson Law Group | 6/9/2020 | 10549 |
| 3 | Conway | Sandra | 2:20-cv-00185 | PFS Not Substantially Complete; No PTO 71A | sanofi | Scott, Vicknair, Hair & Checki, LLC | 7/20/2020 | 10812 |
| 4 | Copeland McCullum | Ruth | 2:20-cv-00412 | No Signed/Verified PFS | Both sanofi and 505 | Excolo Law PLLC | 8/3/2020 | 10885 |
| 5 | Cueva | Sandra | 2:19-cv-14440 | No Signed/Verified PFS | Both sanofi and 505 | Allen & Nolte, PLLC | 8/3/2020 | 10887 |
| 6 | DeYoung | Pam | 2:20-cv-00299 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 7/22/2020 | 10823 |
| 7 | Gunn | Hope | 2:20-cv-00284 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 3/18/2020 | 9588 |
| 8 | Hannah-Watson | Carolyn | 2:19-cv-14311 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 7/22/2020 | 10824 |
| 9 | Jarosch | Margaret | 2:19-cv-14728 | Shell PFS; PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Brown & Crouppen | 6/11/2020 | 10563 |
| 10 | Knapp | Linda | 2:19-cv-14573 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 7/17/2020 | 10804 |
| 11 | Lee | Jacqueline | 2:19-cv-14531 | No Signed/Verified PFS | sanofi | Fears \| Nachawati | 7/28/2020 | 10857 |
| 12 | Motte | Hope | 2:19-cv-14318 | PFS Not Substantially Complete; No PTO 71A | sanofi | Fears \| Nachawati | 7/27/2020 | 10853 |
| 13 | Peterson | Alice | 2:19-cv-14228 | PFS Not Substantially Complete; No Authorizations; No CMO 12A; No PTO 71A | Both sanofi and 505 | Fears \| Nachawati | 7/28/2020 | 10856 |
| 14 | Saunders | Maria | 2:18-cv-13131 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Fears \| Nachawati | 7/29/2020 | 10864 |
| 15 | Smith | Sharon | 2:18-cv-13164 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | Fears \| Nachawati | 7/6/2020 | 10725 |
| 16 | Spencer | LuAnn | 2:19-cv-14062 | No Signed/Verified PFS | sanofi | Morgan and Morgan | 7/10/2020 | 10771 |
| 17 | Stafford | Taryn | 2:20-cv-00402 | No Signed/Verified PFS | Both sanofi and 505 | Bachus & Schanker, LLC | 7/22/2020 | 10826 |

August 5, 2020

Non Compliance Statement List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 18 | Thomas-Bailey | Vivian | 2:19-cv-14352 | No Signed/Verified PFS | 505 | Bachus & Schanker, LLC | 7/22/2020 | 10827 |
| 19 | Thompson | Jo Ann | 2:20-cv-00211 | PFS Not Substantially Complete; No PTO 71A; No Authorizations; No CMO 12A | 505 | Scott, Vicknair, Hair & Checki, LLC | 7/20/2020 | 10811 |
| 20 | Veress | Zita | 2:19-cv-14579 | PFS Not Substantially Complete; No PTO 71A; Authorizations - Plaintiff wrote her own name in the "To" field of the workers comp, health insurance, and disability authorizations | Both sanofi and 505 | Fears | Nachawati | 7/28/2020 | 10858 |
| 21 | Waters | Renita | 2:19-cv-12031 | PFS Not Substantially Complete; No Authorizations; No PTO 71A | sanofi | The Murray Law Firm | 8/4/2020 | 10889 |
| 22 | Williams | Lillie | 2:19-cv-14120 | No Signed/Verified PFS | sanofi | Morgan and Morgan | 7/10/2020 | 10773 |